**Electronically Filed
Supreme Court
SCAD-10-0000226
07-NOV-2018
09:37 AM**

SCAD-10-0000226

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In re: Application for the Reinstatement of

JANET CLARE MILLER

---

ORIGINAL PROCEEDING
(ODC 10-006-8840)

ORDER
(By: Recktenwald, C.J., Nakayama, Mckenna, Pollack, and Wilson, JJ.)

Upon review of Respondent Janet Clare Miller's October 18, 2018 petition for reinstatement, and the record,

IT IS HEREBY ORDERED that Respondent Miller is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

IT IS FURTHER ORDERED that Respondent Miller shall contact the Hawai'i State Bar Association prior to her resumption of practice to ensure that she is in compliance with Rule 17 of the Rules of the Supreme Court of the State of Hawai'i governing administrative registration of licensed attorneys in this jurisdiction.

DATED: Honolulu, Hawai'i, November 7, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

